**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SEGA OF AMERICA, INC.,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 22-cv-05563

**Judge Sara L. Ellis**

**Magistrate Judge Jeffrey T. Gilbert**

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Sega of America, Inc. ("Sega" or "Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores") and Sega having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of Defendant Joybuy (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Sega having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Sega has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of Sega's copyrighted works, including the copyrighted works listed in the table below (the "Sonic Copyrighted Works"), to residents of Illinois.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| PA0002344266 | Sonic the Hedgehog 2 | April 8, 2022 |
| PRE000011798 | Sonic the Hedgehog 2 | April 9, 2021 |
| PA0002228951 | Sonic the Hedgehog | February 18, 2020 |
| PRE000010948 | Sonic the Hedgehog | July 22, 2019 |
| TX0008029049 | Sonic Boom. | January 22, 2015 |
| TX0007606111 | Sonic & Knuckles "Mecha Madness Special" | October 8, 2012 |
| TX0007609228 | Sonic & Knuckles | October 8, 2012 |
| TX0007609248 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609603 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609483 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609242 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609194 | Sonic Blast | October 8, 2012 |
| TX0007609230 | Sonic Live | October 8, 2012 |
| TX0007609187 | Sonic the Hedgehog "In Your Face". [Published: 1997-01-15. Issue: no. 1, 01/15/1997] | October 8, 2012 |
| TX0007609198 | Sonic Triple Trouble. [Published: 1995-06-28. Issue: no. 1, 06/28/1995] | October 8, 2012 |
| TX0007609235 | Sonic vs. Knuckles. [Published: 1995-04-17. Issue: no. 1, 04/17/1995] | October 8, 2012 |

| | | |
|---|---|---|
| TX0007606123 | Sonic Quest: Death Egg Saga. [Published: 1996-08-26. Issue: no. 1, Dec 1996] | September 25, 2012 |
| TX0007606128 | Sonic Quest: Death Egg Saga. [Published: 1996-09-15. Issue: no. 2, Jan 1997] | September 25, 2012 |
| TX0007606137 | Sonic Quest: Death Egg Saga. [Published: 1996-11-16. Issue: no. 3, Feb 1997] | September 25, 2012 |
| TX0007617975 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-08-17. Issue: no. 1, Dec 1995] | September 25, 2012 |
| TX0007617973 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-09-26. Issue: no. 2, Jan 1996] | September 25, 2012 |
| TX0007617970 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-10-31. Issue: no. 3, Feb 1996] | September 25, 2012 |
| TX0007609679 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-04-12. Issue: no. 1, April, 1995] | September 25, 2012 |
| TX0007609635 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-05-23. Issue: no. 2, May 1995] | September 25, 2012 |
| TX0007609608 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-06-25. Issue: no. 3, June 1995] | September 25, 2012 |
| TX0007604909 | SONIC X. [Published: 2008-03-10. Issue: no. 30, 03/10/2008] | September 24, 2012 |
| TX0007604907 | SONIC X. [Published: 2008-03-26. Issue: no. 31, 03/26/2008] | September 24, 2012 |
| TX0007604905 | SONIC X. [Published: 2008-04-23. Issue: no. 32, 04/23/2008] | September 24, 2012 |
| TX0007604904 | SONIC X. [Published: 2008-05-28. Issue: no. 33, 05/28/2008] | September 24, 2012 |
| TX0007604903 | SONIC X. [Published: 2008-06-25. Issue: no. 34, 06/25/2008] | September 24, 2012 |
| TX0007604877 | SONIC X. [Published: 2008-07-23. Issue: no. 35, 07/23/2008] | September 24, 2012 |
| TX0007604398 | SONIC X. [Published: 2008-08-27. Issue: no. 36, 08/27/2008] | September 24, 2012 |
| TX0007604138 | SONIC X. [Published: 2008-09-24. Issue: no. 37, 09/24/2008] | September 24, 2012 |
| TX0007604076 | SONIC X. [Published: 2008-10-22. Issue: no. 38, 10/22/2008] | September 24, 2012 |
| TX0007603702 | SONIC X. [Published: 2008-11-26. Issue: no. 39, 11/26/2008] | September 24, 2012 |
| TX0007602871 | SONIC X. [Published: 2008-12-24. Issue: no. 40, 12/24/08] | September 24, 2012 |
| TX0007604911 | SONIC X. [Published: 2005-09-07. Issue: no. 1, Nov 2005] | September 19, 2012 |
| TX0007604912 | SONIC X. [Published: 2007-02-09. Issue: no. 16, Mar 2007] | September 19, 2012 |
| TX0007605207 | SONIC X. [Published: 2007-03-16. Issue: no. 17, April 2007] | September 19, 2012 |

| | | |
|---|---|---|
| TX0007605212 | SONIC X. [Published: 2007-04-13. Issue: no. 18, May 2007] | September 19, 2012 |
| TX0007605218 | SONIC X. [Published: 2007-05-03. Issue: no. 19, June 2007] | September 19, 2012 |
| TX0007617976 | SONIC X. [Published: 2007-05-31. Issue: no. 20, July 2007] | September 19, 2012 |
| TX0007605216 | SONIC X. [Published: 2007-07-02. Issue: no. 21, Aug 2007] | September 19, 2012 |
| TX0007605214 | SONIC X. [Published: 2007-07-30. Issue: no. 22, Sept 2007] | September 19, 2012 |
| TX0007605119 | SONIC X. [Published: 2007-08-27. Issue: no. 23, Oct 2007] | September 19, 2012 |
| TX0007605116 | SONIC X. [Published: 2007-09-24. Issue: no. 24, Nov 2007] | September 19, 2012 |
| TX0007604938 | SONIC X. [Published: 2007-10-22. Issue: no. 25, Dec 2007] | September 19, 2012 |
| TX0007604930 | SONIC X. [Published: 2007-11-07. Issue: no. 26, Jan 2008] | September 19, 2012 |
| TX0007604928 | SONIC X. [Published: 2007-12-17. Issue: no. 27, Feb 2008] | September 19, 2012 |
| TX0007604925 | SONIC X. [Published: 2008-01-14. Issue: no. 28, Mar 2008] | September 19, 2012 |
| TX0007604921 | SONIC X. [Published: 2008-02-11. Issue: no. 29, Mar 2008] | September 19, 2012 |
| TX0007617978 | SONIC X. [Published: 2005-10-05. Issue: no. 2, Dec 2005] | September 17, 2012 |
| TX0007605205 | SONIC X. [Published: 2005-11-02. Issue: no. 3, Jan 2006] | September 17, 2012 |
| TX0007605203 | SONIC X. [Published: 2005-11-30. Issue: no. 4, Feb 2006] | September 17, 2012 |
| TX0007605201 | SONIC X. [Published: 2006-01-25. Issue: no. 5, April 2006] | September 17, 2012 |
| TX0007605184 | SONIC X. [Published: 2006-02-22. Issue: no. 6, May 2006] | September 17, 2012 |
| TX0007605180 | SONIC X. [Published: 2006-03-22. Issue: no. 7, June 2006] | September 17, 2012 |
| TX0007605172 | SONIC X. [Published: 2006-04-19. Issue: no. 8, July 2006] | September 17, 2012 |
| TX0007605168 | SONIC X. [Published: 2006-06-28. Issue: no. 10, Aug 2006] | September 17, 2012 |
| TX0007604931 | SONIC X. [Published: 2006-06-28. Issue: no. 9, July 2006] | September 17, 2012 |
| TX0007604940 | SONIC X. [Published: 2006-07-22. Issue: no. 12, Nov 2006] | September 17, 2012 |
| TX0007605164 | SONIC X. [Published: 2006-07-26. Issue: no. 11, Sept 2006] | September 17, 2012 |

| | | |
|---|---|---|
| TX0007605175 | SONIC X. [Published: 2006-10-25. Issue: no. 13, Dec 2006] | September 17, 2012 |
| TX0007604935 | SONIC X. [Published: 2006-11-01. Issue: no. 14, Jan 2006] | September 17, 2012 |
| TX0007604933 | SONIC X. [Published: 2006-12-13. Issue: no. 15, Feb 2007] | September 17, 2012 |
| TX0007563319 | SONIC SUPER SPECIAL. [Published: 1997-04-29. Issue: no. 1, 4/29/1997] | July 13, 2012 |
| TX0007563317 | SONIC SUPER SPECIAL. [Published: 1997-08-19. Issue: no. 2, 8/19/1997] | July 13, 2012 |
| TX0007563313 | SONIC SUPER SPECIAL. [Published: 1997-10-21. Issue: no. 3, 10/21/1997] | July 13, 2012 |
| TX0007563302 | SONIC SUPER SPECIAL. [Published: 1997-12-30. Issue: no. 4, 1998] | July 13, 2012 |
| TX0007563180 | SONIC SUPER SPECIAL. [Published: 1998-03-17. Issue: no. 5, 3/17/1998] | July 13, 2012 |
| TX0007563178 | SONIC SUPER SPECIAL. [Published: 1998-06-16. Issue: no. 6, 6/16/1998] | July 13, 2012 |
| TX0007563175 | SONIC SUPER SPECIAL. [Published: 1998-09-29. Issue: no. 7, 9/29/1998] | July 13, 2012 |
| TX0007562833 | SONIC SUPER SPECIAL. [Published: 1999-03-16. Issue: no. 9, 3-16-99] | July 13, 2012 |
| TX0007562829 | SONIC SUPER SPECIAL. [Published: 1999-06-15. Issue: no. 10, 6/15/1999] | July 13, 2012 |
| TX0007562822 | SONIC SUPER SPECIAL. [Published: 1999-09-21. Issue: no. 11, 9/21/1999] | July 13, 2012 |
| TX0007562838 | SONIC SUPER SPECIAL. [Published: 1999-12-29. Issue: no. 8, 12/29/1999] | July 13, 2012 |
| TX0007562818 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 12, 1/4/00] | July 13, 2012 |
| TX0007562815 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 13, 01/04/2000] | July 13, 2012 |
| TX0007562811 | SONIC SUPER SPECIAL. [Published: 2000-06-01. Issue: no. 14, 06/01/2000] | July 13, 2012 |
| TX0007562780 | SONIC SUPER SPECIAL. [Published: 2000-11-01. Issue: no. 15, Feb 2001] | July 13, 2012 |
| PAu003353780 | Sonic Unleashed Video Excerpts and Screenshots. | August 20, 2008 |
| PA0000783698 | The adventures of Sonic the Hedgehog : no. 238-101. | February 8, 1996 |
| PA0000783697 | The adventures of Sonic the Hedgehog : no. 238-102. | February 8, 1996 |
| PA0000783696 | The adventures of Sonic the Hedgehog : no. 238-103 | February 8, 1996 |
| PA0000783767 | The adventures of Sonic the Hedgehog : no. 238-104, Sloww going. | February 8, 1996 |
| PA0000783769 | The adventures of Sonic the Hedgehog : no. 238-105, High stakes Sonic. | February 8, 1996 |

| | | |
|---|---|---|
| PA0000783766 | The adventures of Sonic the Hedgehog : no. 238-106, Sonic breakout. | February 8, 1996 |
| PA0000783765 | The adventures of Sonic the Hedgehog : no. 238-107, Trail of the missing... | February 8, 1996 |
| PA0000783740 | The adventures of Sonic the Hedgehog : no. 238-108. | February 8, 1996 |
| PA0000783739 | The adventures of Sonic the Hedgehog : no. 238-109. | February 8, 1996 |
| PA0000783760 | The adventures of Sonic the Hedgehog : no. 238-110, King Coconuts. | February 8, 1996 |
| PA0000791347 | The adventures of Sonic the Hedgehog : no. 238-111. | February 8, 1996 |
| PA0000791349 | The adventures of Sonic the Hedgehog : no. 238-112. | February 8, 1996 |
| PA0000791345 | The adventures of Sonic the Hedgehog : no. 238-113. | February 8, 1996 |
| PA0000791344 | The adventures of Sonic the Hedgehog : no. 238-114. | February 8, 1996 |
| PA0000791340 | The adventures of Sonic the Hedgehog : no. 238-115. | February 8, 1996 |
| PA0000791339 | The adventures of Sonic the Hedgehog : no. 238-116. | February 8, 1996 |
| PA0000791341 | The adventures of Sonic the Hedgehog : no. 238-117. | February 8, 1996 |
| PA0000791342 | The adventures of Sonic the Hedgehog : no. 238-118. | February 8, 1996 |
| PA0000777971 | The adventures of Sonic, the hedgehog : no. 238-137. | February 8, 1996 |
| PA0000777973 | The adventures of Sonic, the hedgehog : no. 238-138. | February 8, 1996 |
| PA0000777970 | The adventures of Sonic, the hedgehog : no. 238-139. | February 8, 1996 |
| PA0000778054 | The adventures of Sonic the Hedgehog : no. 238-140. | February 8, 1996 |
| PA0000778058 | The adventures of Sonic the Hedgehog : no. 238-141. | February 8, 1996 |
| PA0000778060 | The adventures of Sonic the Hedgehog : no. 238-142. | February 8, 1996 |
| PA0000778056 | The adventures of Sonic the Hedgehog : no. 238-143. | February 8, 1996 |
| PA0000777968 | The adventures of Sonic, the hedgehog : no. 238-144. | February 8, 1996 |
| PA0000777967 | The adventures of Sonic, the hedgehog : no. 238-145. | February 8, 1996 |
| PA0000778055 | The adventures of Sonic the Hedgehog : no. 238-146. | February 8, 1996 |
| PA0000778061 | The adventures of Sonic the Hedgehog : no. 238-147. | February 8, 1996 |
| PA0000777966 | The adventures of Sonic, the hedgehog : no. 238-148. | February 8, 1996 |
| PA0000777965 | The adventures of Sonic, the hedgehog : no. 238-149. | February 8, 1996 |
| PA0000778053 | The adventures of Sonic the Hedgehog : no. 238-150. | February 8, 1996 |
| PA0000777972 | The adventures of Sonic, the hedgehog : no. 238-151. | February 8, 1996 |
| PA0000778062 | The adventures of Sonic the Hedgehog : no. 238-152. | February 8, 1996 |
| PA0000778059 | The adventures of Sonic the Hedgehog : no. 238-153. | February 8, 1996 |
| PA0000778057 | The adventures of Sonic the Hedgehog : no. 238-154. | February 8, 1996 |
| PA0000783699 | The adventures of Sonic the Hedgehog : no. 238-155. | February 8, 1996 |
| PA0000783700 | The adventures of Sonic the Hedgehog : no. 238-156. | February 8, 1996 |
| PA0000783706 | The adventures of Sonic the Hedgehog : no. 238-157. | February 8, 1996 |
| PA0000783702 | The adventures of Sonic the Hedgehog : no. 238-158. | February 8, 1996 |
| PA0000783701 | The adventures of Sonic the Hedgehog : no. 238-159. | February 8, 1996 |
| PA0000783705 | The adventures of Sonic the Hedgehog : no. 238-160. | February 8, 1996 |

| | | |
|---|---|---|
| PA0000783761 | The adventures of Sonic the Hedgehog : no. 238-161, 48 hour sonic : a.k.a. Fat & easy. | February 8, 1996 |
| PA0000783764 | The adventures of Sonic the Hedgehog : no. 238-162, Lifestyles of the sick and twisted. | February 8, 1996 |
| PA0000783763 | The adventures of Sonic the Hedgehog : no. 238-163, Sonic is running. | February 8, 1996 |
| PA0000783762 | The adventures of Sonic the Hedgehog : no. 238-164, Roboninjas. | February 8, 1996 |
| PA0000791361 | The adventures of Sonic, the hedgehog : no. 238-165. | February 8, 1996 |
| PA0000791242 | The adventures of Sonic the Hedgehog : no. 238-119, Mystery of the missing... | February 7, 1996 |
| PA0000791233 | The adventures of Sonic the Hedgehog : no. 238-120, Goodbye sucker. | February 7, 1996 |
| PA0000791232 | The adventures of Sonic the Hedgehog : no. 238-121, Sonic getstrashed. | February 7, 1996 |
| PA0000791231 | The adventures of Sonic the Hedgehog : no. 238-122, Pseudo Sonic. | February 7, 1996 |
| PA0000777969 | The adventures of Sonic, the hedgehog : no. 238-123. | February 7, 1996 |
| PA0000791230 | The adventures of Sonic the Hedgehog : no. 238-124, Tails in charge. | February 7, 1996 |
| PA0000791229 | The adventures of Sonic the Hedgehog : no. 238-125, Sno problem. | February 7, 1996 |
| PA0000777963 | The adventures of Sonic, the hedgehog : no. 238-126. | February 7, 1996 |
| PA0000791228 | The adventures of Sonic the Hedgehog : no. 238-127, Dream on. | February 7, 1996 |
| PA0000791234 | The adventures of Sonic the Hedgehog : no. 238-128, Musta ... beautiful baby. | February 7, 1996 |
| PA0000772425 | The adventures of Sonic, the hedgehog : no. 238-129. | February 7, 1996 |
| PA0000791243 | The adventures of Sonic the Hedgehog : no. 238-130, Full tilt tails. | February 7, 1996 |
| PA0000791244 | The adventures of Sonic the Hedgehog : no. 238-131, MacHopper. | February 7, 1996 |
| PA0000772426 | The adventures of Sonic the Hedgehog : no. 238-132. | February 7, 1996 |
| PA0000777964 | The adventures of Sonic, the hedgehog : no. 238-133. | February 7, 1996 |
| PA0000772423 | The adventures of Sonic, the hedgehog : no. 238-134. | February 7, 1996 |
| PA0000772427 | The adventures of Sonic the Hedgehog : no. 238-135. | February 7, 1996 |
| PA0000791227 | The adventures of Sonic the Hedgehog : no. 238-136, Robotnik's rival. | February 7, 1996 |
| PA0000659981 | Sonic the hedgehog 3 | June 22, 1994 |
| TXu000593150 | Sonic spinball. | November 3, 1993 |

In this case, Sega has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products bearing unauthorized copies of the Sonic Copyrighted Work and the distinctive characters embodied therein. *See* Docket No. [14], Exhibit 2 to the Declaration of Paul Varley, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship products bearing unauthorized copies of the Sonic Copyrighted Works to customers in Illinois.

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. §§ 106 and 501).

Accordingly, this Court orders that Sega's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sonic Copyrighted Works in any manner without the express authorization of Sega;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sega product or any other product produced by Sega, that is not Sega's or not produced under the authorization, control, or supervision of Sega and approved by Sega for sale under the Sonic Copyrighted Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega;

    d. further infringing the Sonic Copyrighted Works and damaging Sega's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear any of Sega's copyrighted works, including the Sonic Copyrighted Works, or any unauthorized reproductions, copies, or colorable imitations thereof.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress.com ("AliExpress"), Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("Wish"), Ecrater.com ("eCRATER"), Etsy, Inc. ("Etsy"), Fruugo.com Limited ("Fruugo"), Walmart, Inc. ("Walmart"), and Dhgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods bearing unauthorized copies of the Sonic Copyrighted Works; and

        b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing unauthorized copies of the Sonic Copyrighted Works.

3. Upon Sega's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using unauthorized copies of the Sonic Copyrighted Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Sega is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Sonic Copyrighted Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Payoneer Global, Inc. ("Payoneer"), Alipay, AliExpress, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, DHgate, eBay, eCRATER, Etsy, Fruugo, Walmart, and Wish, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, Alipay, AliExpress, Alibaba, Ant Financial, Amazon Pay, DHgate, eBay, eCRATER, Etsy, Fruugo, Walmart, and Wish, are hereby released to Sega as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Payoneer, Alipay, AliExpress, Alibaba, Ant Financial, Amazon Pay, DHgate, eBay, eCRATER, Etsy, Fruugo, Walmart, and Wish, are ordered to release to Sega the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Sega has recovered full payment of monies owed to it by any Defaulting Defendant, Sega shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Sega identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Sega may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Sega is hereby released to Sega or its counsel, TME Law, P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Sega or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Default Judgment against Defaulting Defendants.

Dated: February 13, 2023

                                                          Sara L. Ellis
                                                          United States District Judge

**Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 22-cv-05563**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Changzhou Changlin International Trading Co., Ltd. | https://czchanglin.en.alibaba.com/minisiteentrance.html |
| 2 | Dongguan Lexin Toys Corporation Limited | https://xiaohuo.en.alibaba.com/minisiteentrance.html |
| 3 | Dongguan Nuoyi Toys Co., Ltd. | https://nuoyitoys.en.alibaba.com/minisiteentrance.html |
| 4 | Dongguan Sancai Paper Co., Ltd. | https://cnsancai.en.alibaba.com/minisiteentrance.html |
| 5 | Dongguang Golden Bear Toys Co., Ltd. | https://goldenbeartoys.en.alibaba.com/minisiteentrance.html |
| 6 | Dongyang Chenchen Jewelry Factory | https://chenchenshipin.en.alibaba.com/minisiteentrance.html |
| 7 | DISMISSED | DISMISSED |
| 8 | Fuzhou Yibo Electronic Commerce Co., Ltd. | https://fzybdzsw.en.alibaba.com/minisiteentrance.html |
| 9 | Shenzhen Awesome Elec Technology Co., Ltd. | https://awesomeelec.en.alibaba.com/minisiteentrance.html |
| 10 | Shenzhen Deeblue Toys & Gifts Co., Ltd. | https://deebluetoys.en.alibaba.com/minisiteentrance.html |
| 11 | Shenzhen Hemu'an Technology Co., Ltd. | https://hemuan.en.alibaba.com/minisiteentrance.html |
| 12 | DISMISSED | DISMISSED |
| 13 | Suzhou Shengbei Electronic Technology Co., Ltd. | https://szshengbei.en.alibaba.com/minisiteentrance.html |
| 14 | Wuhan Tknow Technology Co., Ltd. | https://tknow.en.alibaba.com/minisiteentrance.html |
| 15 | Wuxi Tianshi Import And Export Co., Ltd. | https://wxtianshi.en.alibaba.com/minisiteentrance.html |
| 16 | Xinhua (haikou) Trading Co., Ltd. | https://hkxhmy.en.alibaba.com/minisiteentrance.html |
| 17 | Yangzhou Caisheng Handicraft Product Co., Ltd. | https://yzcaisheng02.en.alibaba.com/minisiteentrance.html |
| 18 | Yangzhou Mova Toys Trade Co., Ltd. | https://yzmova.en.alibaba.com/minisiteentrance.html |
| 19 | Yangzhou Stech Toys Co., Ltd. | https://stqtoys.en.alibaba.com/minisiteentrance.html |

| | | |
|---|---|---|
| 20 | Yangzhou Tong Caiyan International Trade Co., Ltd. | https://yztcy.en.alibaba.com/minisiteentrance.html |
| 21 | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED |
| 23 | Yiwu Duotong E-Commerce Co., Ltd. | https://nbj1514.en.alibaba.com/minisiteentrance.html |
| 24 | Yiwu Jianyu E-Commerce Firm | https://jianyufactory.en.alibaba.com/minisiteentrance.html |
| 25 | Yiwu Lingming Stationery Firm | https://lingmingwenju.en.alibaba.com/minisiteentrance.html |
| 26 | Yiwu Mommyhome Garment Co., Ltd. | https://mommyhome.en.alibaba.com/minisiteentrance.html |
| 27 | Yiwu Xintu Import And Export Co., Ltd. | https://ywxintu1996.en.alibaba.com/minisiteentrance.html |
| 28 | 10 day delivery children Store | https://www.aliexpress.com/store/912163350 |
| 29 | 1955 childrens clothing Store Store | https://www.aliexpress.com/store/1100155094 |
| 30 | 2022 Colorful House Store | https://www.aliexpress.com/store/1100183099 |
| 31 | 2022 DisneyKeychain Store | https://www.aliexpress.com/store/1100250096 |
| 32 | 2022 Kids T Shirt Store | https://www.aliexpress.com/store/1100158010 |
| 33 | 2022 New store Store | https://www.aliexpress.com/store/1100035046 |
| 34 | 20220222happy shop - Store Store | https://www.aliexpress.com/store/1100176384 |
| 35 | 3 to14 years Kids Clothes Store | https://www.aliexpress.com/store/912328190 |
| 36 | 3-14 Years Kids Tshirt Suit Clothes Store | https://www.aliexpress.com/store/1100190165 |
| 37 | 3D Childrens Sets Store | https://www.aliexpress.com/store/1100215063 |
| 38 | 4 t- 14T children clothing monopoly Store | https://www.aliexpress.com/store/1100220531 |
| 39 | 4-14 year kids clothes Store | https://www.aliexpress.com/store/912725090 |
| 40 | A pleasant trip Store | https://www.aliexpress.com/store/912406813 |
| 41 | AABB party Store | https://www.aliexpress.com/store/912026461 |
| 42 | Amusement plush toy Store | https://www.aliexpress.com/store/1100227623 |
| 43 | Autumn and winter children's hoodie Store | https://www.aliexpress.com/store/912427692 |
| 44 | AvalonCOSPLAY Store | https://www.aliexpress.com/store/911112276 |
| 45 | axnb Store | https://www.aliexpress.com/store/912655169 |
| 46 | Babys Wardrobe Store | https://www.aliexpress.com/store/1100064038 |

| 47 | Bing Bunny Store | https://www.aliexpress.com/store/912328439 |
|---|---|---|
| 48 | Black Man K Store | https://www.aliexpress.com/store/5065268 |
| 49 | child baby shop Store | https://www.aliexpress.com/store/1100269005 |
| 50 | Children Among Us Game Store | https://www.aliexpress.com/store/912660989 |
| 51 | children's clothes 888 Store | https://www.aliexpress.com/store/912058656 |
| 52 | Children's TShirt Suit Store | https://www.aliexpress.com/store/911938877 |
| 53 | CMVGY Store | https://www.aliexpress.com/store/4488144 |
| 54 | Colorful-2 Store | https://www.aliexpress.com/store/912472591 |
| 55 | Cost sales Store | https://www.aliexpress.com/store/912157050 |
| 56 | CRUSH backdrops Store | https://www.aliexpress.com/store/912352670 |
| 57 | DISMISSED | DISMISSED |
| 58 | DARBY JOAR Store | https://www.aliexpress.com/store/2859007 |
| 59 | dongguanjishi3 Store | https://www.aliexpress.com/store/912590112 |
| 60 | Dongsheng jewelry exquisite design store | https://www.aliexpress.com/store/3875087 |
| 61 | FEI YA Store | https://www.aliexpress.com/store/912258394 |
| 62 | GFdesign backdrop Store | https://www.aliexpress.com/store/910367237 |
| 63 | Guoguo clothing Store | https://www.aliexpress.com/store/1100176087 |
| 64 | Handsome-Bear Store | https://www.aliexpress.com/store/1100083195 |
| 65 | happychildrenlife Store | https://www.aliexpress.com/store/911794846 |
| 66 | HOCLOCE Store | https://www.aliexpress.com/store/5626268 |
| 67 | Huayang bauble Store | https://www.aliexpress.com/store/912205071 |
| 68 | HUAZHIYOU Store | https://www.aliexpress.com/store/912146200 |
| 69 | HZY Fashion clothing store Store | https://www.aliexpress.com/store/1100215629 |
| 70 | J-L Store Store | https://www.aliexpress.com/store/1100220244 |
| 71 | KAIDE Children clothes Store | https://www.aliexpress.com/store/1100005104 |
| 72 | Kids Backdrop Store | https://www.aliexpress.com/store/1100037098 |
| 73 | kiki cartoon children clothing Store | https://www.aliexpress.com/store/1100222089 |
| 74 | Little Peach House Store | https://www.aliexpress.com/store/911055068 |
| 75 | LL Kids Suit Shop Store | https://www.aliexpress.com/store/1100213696 |
| 76 | lovobabi Store | https://www.aliexpress.com/store/1101945018 |
| 77 | LY 666 Store | https://www.aliexpress.com/store/911942496 |
| 78 | MiDuoBaBa store Store | https://www.aliexpress.com/store/912737244 |
| 79 | Mother Qin 520 children's world Store | https://www.aliexpress.com/store/912461661 |
| 80 | My Fashion store | https://www.aliexpress.com/store/737516 |
| 81 | My girl's Store | https://www.aliexpress.com/store/912685836 |
| 82 | New Life Party Store | https://www.aliexpress.com/store/2349305 |

| 83 | new start party Store | https://www.aliexpress.com/store/5053283 |
|---|---|---|
| 84 | Not defined Store | https://www.aliexpress.com/store/911517185 |
| 85 | ONOK Children Sets Store | https://www.aliexpress.com/store/1100219714 |
| 86 | Party Rave Store | https://www.aliexpress.com/store/1100087001 |
| 87 | Photurt Professional Backdrop Store | https://www.aliexpress.com/store/910341206 |
| 88 | POOMOO Decor | https://www.aliexpress.com/store/2297054 |
| 89 | ppikachu Fun Store | https://www.aliexpress.com/store/912161515 |
| 90 | Shop1100025049 Store | https://www.aliexpress.com/store/1100025049 |
| 91 | Shop1100185154 Store | https://www.aliexpress.com/store/1100185154 |
| 92 | Shop1100218061 Store | https://www.aliexpress.com/store/1100218061 |
| 93 | Shop1100229288 Store | https://www.aliexpress.com/store/1100229288 |
| 94 | Shop3897015 Store | https://www.aliexpress.com/store/3897015 |
| 95 | Shop3DT shirt Store | https://www.aliexpress.com/store/1100180018 |
| 96 | Shop4286061 Store | https://www.aliexpress.com/store/4286061 |
| 97 | Shop4919079 Store | https://www.aliexpress.com/store/4919079 |
| 98 | Shop910748005 Store | https://www.aliexpress.com/store/910748005 |
| 99 | Shop911389045 Store | https://www.aliexpress.com/store/911389045 |
| 100 | Shop911569116 Store | https://www.aliexpress.com/store/911569116 |
| 101 | Shop911605000 Store | https://www.aliexpress.com/store/911605075 |
| 102 | Shop912626546 Store | https://www.aliexpress.com/store/912626546 |
| 103 | squid game costume Store | https://www.aliexpress.com/store/912516137 |
| 104 | support drop Store | https://www.aliexpress.com/store/910936041 |
| 105 | sznitree Store | https://www.aliexpress.com/store/911765072 |
| 106 | Tobackdrop Store | https://www.aliexpress.com/store/911776303 |
| 107 | Trade business | https://www.aliexpress.com/store/1199002 |
| 108 | VN Bagpok Store | https://www.aliexpress.com/store/615249 |
| 109 | XHL Store | https://www.aliexpress.com/store/912432330 |
| 110 | XIAN YU Store | https://www.aliexpress.com/store/1100178180 |
| 111 | Xiaowanwan Store | https://www.aliexpress.com/store/911605070 |
| 112 | XXOO-Pig Store | https://www.aliexpress.com/store/912634334 |
| 113 | Year 4-14 Fun Tops for kids Store | https://www.aliexpress.com/store/912718153 |
| 114 | Yi chu xin Store | https://www.aliexpress.com/store/4475071 |
| 115 | Yifee Bag Store | https://www.aliexpress.com/store/911883105 |
| 116 | Yiwu plush toy Co.,Ltd | https://www.aliexpress.com/store/521279 |
| 117 | Your 1992 Store Store | https://www.aliexpress.com/store/912263394 |
| 118 | ZHGWXA19710311 Store | https://www.aliexpress.com/store/912613251 |
| 119 | Alirea Direct store | https://www.amazon.com/sp?seller=A29NGLR0VT7VMP& |
| 120 | Andenley Shop | https://www.amazon.com/sp?ie=UTF8&seller=AVZWR2D065VYE& |

| | | |
|---|---|---|
| 121 | BATYMSK | https://www.amazon.com/sp?ie=UTF8&seller=A3LOHIPSOCFK5& |
| 122 | BIEJIN-US | https://www.amazon.com/sp?seller=A2JCPQM9OGOZXE& |
| 123 | DISMISSED | DISMISSED |
| 124 | DISMISSED | DISMISSED |
| 125 | changshashanghang Trading Co., Ltd. | https://www.amazon.com/sp?seller=A1F11GRCNIGHYP& |
| 126 | DISMISSED | DISMISSED |
| 127 | chengdouchengjingyingquanshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1QSNATFX21U63& |
| 128 | CONOSOT | https://www.amazon.com/sp?ie=UTF8&seller=AU07ZJ4G12UG6& |
| 129 | DISMISSED | DISMISSED |
| 130 | DISMISSED | DISMISSED |
| 131 | DISMISSED | DISMISSED |
| 132 | DULOGSHOP | https://www.amazon.com/sp?seller=A37BFLSR220Y71& |
| 133 | DISMISSED | DISMISSED |
| 134 | DISMISSED | DISMISSED |
| 135 | DISMISSED | DISMISSED |
| 136 | DISMISSED | DISMISSED |
| 137 | DISMISSED | DISMISSED |
| 138 | gangpingshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A3T675LXBCC6E&isAmazonFulfilled=1 |
| 139 | DISMISSED | DISMISSED |
| 140 | DISMISSED | DISMISSED |
| 141 | DISMISSED | DISMISSED |
| 142 | huixinshangmaoyouxian | https://www.amazon.com/sp?ie=UTF8&seller=A2IGIB9C77UW4G& |
| 143 | jinghexinchengniqiaozhen baihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A21KVIN0ANMYL5& |
| 144 | JIU CHUANG | https://www.amazon.com/sp?ie=UTF8&seller=AMXI6VTQ0ZJQ |
| 145 | KANAWO | https://www.amazon.com/sp?seller=A47VPXKJ4MDPD& |
| 146 | DISMISSED | DISMISSED |
| 147 | kool goter | https://www.amazon.com/sp?ie=UTF8&seller=A5493P3E3XUIM |
| 148 | Liqing Store | https://www.amazon.com/sp?ie=UTF8&seller=A1BLVEJPBUB043 |
| 149 | lnbk | https://www.amazon.com/sp?seller=A3U3ALGF7JZG2P& |
| 150 | luchenxu | https://www.amazon.com/sp?ie=UTF8&seller=AB6ZFMA8PIQQX& |
| 151 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 152 | meihong-us | https://www.amazon.com/sp?ie=UTF8&seller=A5UODPECFJL5 |
| 153 | DISMISSED | DISMISSED |
| 154 | MiaoZhai | https://www.amazon.com/sp?ie=UTF8&seller=A24V171DVLJYTF |
| 155 | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED |
| 157 | DISMISSED | DISMISSED |
| 158 | OJJWA | https://www.amazon.com/sp?ie=UTF8&seller=A2DFW8YJSIGXW6 |
| 159 | DISMISSED | DISMISSED |
| 160 | DISMISSED | DISMISSED |
| 161 | partyGO | https://www.amazon.com/sp?seller=A3K9A3D2G48LWX& |
| 162 | DISMISSED | DISMISSED |
| 163 | PopToy | https://www.amazon.com/sp?seller=AJ9MUG7FLYCVK& |
| 164 | DISMISSED | DISMISSED |
| 165 | SASATEK | https://www.amazon.com/sp?seller=A1VFX57MCITLF9& |
| 166 | shuchengpingmaoyiyouxianzerengongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1PMYZFTR6IQ66 |
| 167 | SODOSAY® Store | https://www.amazon.com/sp?ie=UTF8&seller=A2FFIDGWAP7GPO |
| 168 | DISMISSED | DISMISSED |
| 169 | SUPER BALLOONS | https://www.amazon.com/sp?ie=UTF8&seller=A3HGJOJEGRC49T& |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | DISMISSED | DISMISSED |
| 173 | Tash-a | https://www.amazon.com/sp?ie=UTF8&seller=A3ROUUIEHI0X2 |
| 174 | Te Plug Maotion | https://www.amazon.com/sp?ie=UTF8&seller=A3RTH67EHKVCMZ |
| 175 | TFCRDX | https://www.amazon.com/sp?ie=UTF8&seller=A2Z085H2IAQE5D |
| 176 | TJechS | https://www.amazon.com/sp?ie=UTF8&seller=A2BKEF5USAQTDL& |
| 177 | DISMISSED | DISMISSED |
| 178 | DISMISSED | DISMISSED |
| 179 | DISMISSED | DISMISSED |
| 180 | DISMISSED | DISMISSED |
| 181 | DISMISSED | DISMISSED |
| 182 | DISMISSED | DISMISSED |
| 183 | DISMISSED | DISMISSED |
| 184 | Yokomc | https://www.amazon.com/sp?seller=AGJ8CF5YVYI8G& |

| 185 | DISMISSED | DISMISSED |
|---|---|---|
| 186 | ZhangLil | https://www.amazon.com/sp?ie=UTF8&seller=A1UREQYCW4X23M |
| 187 | DISMISSED | DISMISSED |
| 188 | 合肥宋淮贸易有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A20482E2170DUL& |
| 189 | arsalan | https://www.dhgate.com/store/21755202 |
| 190 | DISMISSED | DISMISSED |
| 191 | contentment188 | https://www.dhgate.com/store/21747280 |
| 192 | customonline | https://www.dhgate.com/store/21630970 |
| 193 | dandelionl2 | https://www.dhgate.com/store/21714069 |
| 194 | dresses_1688 | https://www.dhgate.com/store/21713434 |
| 195 | DISMISSED | DISMISSED |
| 196 | jiao03 | https://www.dhgate.com/store/21569532 |
| 197 | DISMISSED | DISMISSED |
| 198 | linjindas12 | https://www.dhgate.com/store/21661934 |
| 199 | luxurybags_uu | https://www.dhgate.com/store/21714001 |
| 200 | security11 | https://www.dhgate.com/store/21484970 |
| 201 | superiormall | https://www.dhgate.com/store/21729096 |
| 202 | timekingss | https://www.dhgate.com/store/21651529 |
| 203 | ylpzf | https://www.dhgate.com/store/21703850 |
| 204 | DISMISSED | DISMISSED |
| 205 | dada123_play | https://www.ebay.com/usr/dada123_play |
| 206 | dreamer-2000 | https://www.ebay.com/usr/dreamer-2000 |
| 207 | DISMISSED | DISMISSED |
| 208 | t-everydaygadget | https://www.ebay.com/usr/t-everydaygadget |
| 209 | DISMISSED | DISMISSED |
| 210 | wetzikon67 | https://www.ebay.com/usr/wetzikon67 |
| 211 | cheapstuff016 | http://cheapstuff016.ecrater.com |
| 212 | DISMISSED | DISMISSED |
| 213 | DigitalCuttingStore | https://www.etsy.com/uk/shop/DigitalCuttingStore |
| 214 | DISMISSED | DISMISSED |
| 215 | DISMISSED | DISMISSED |
| 216 | DISMISSED | DISMISSED |
| 217 | DISMISSED | DISMISSED |
| 218 | KawaiiKatStore | https://www.etsy.com/uk/shop/KawaiiKatStore |
| 219 | DISMISSED | DISMISSED |
| 220 | LoveAndPeaceStore | https://www.etsy.com/uk/shop/LoveAndPeaceStore |
| 221 | margobells | https://www.etsy.com/uk/shop/margobells |
| 222 | PrettyDesignGB | https://www.etsy.com/uk/shop/PrettyDesignGB |
| 223 | DISMISSED | DISMISSED |
| 224 | DISMISSED | DISMISSED |
| 225 | RShineGraphics | https://www.etsy.com/shop/RShineGraphics |
| 226 | SAINTTUFA | https://www.etsy.com/uk/shop/SAINTTUFA |

| | | |
|---|---|---|
| 227 | DISMISSED | DISMISSED |
| 228 | SoleyCustomsStore | https://www.etsy.com/shop/SoleyCustomsStore |
| 229 | DISMISSED | DISMISSED |
| 230 | TuyaaShop | https://www.etsy.com/uk/shop/TuyaaShop |
| 231 | DISMISSED | DISMISSED |
| 232 | Yulcakes | https://www.etsy.com/shop/Yulcakes |
| 233 | DISMISSED | DISMISSED |
| 234 | DISMISSED | DISMISSED |
| 235 | DISMISSED | DISMISSED |
| 236 | Guangzhou Wanghongqi Network Technology | https://www.fruugo.us/search?merchantId=14485 |
| 237 | DISMISSED | DISMISSED |
| 238 | DISMISSED | DISMISSED |
| 239 | DISMISSED | DISMISSED |
| 240 | DISMISSED | DISMISSED |
| 241 | DISMISSED | DISMISSED |
| 242 | EXCEPTED | EXCEPTED |
| 243 | BAZHENGHONG | https://wish.com/merchant/5d5cee9c1d86294c33bfd52e |
| 244 | Cassandrajj | https://www.wish.com/merchant/5e9163c129e7866e9c8482c9 |
| 245 | Children's Favorite | https://www.wish.com/merchant/5eb4e8759f34262d55c558aa |
| 246 | Lily eggbeater | https://wish.com/merchant/5d5127547edfad39f10a6709 |
| 247 | DISMISSED | DISMISSED |
| 248 | Ruth Garrison | https://wish.com/merchant/5eabd0a029e78604c19caf9b |
| 249 | Vonerhoy Bags | https://wish.com/merchant/5f58505ebde18ac732644d1a |